SWIFT & COMPANY v. OBCANSKA ZALOZNA V. KARLINE.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Dr. BENJAMIN L. GREIF for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of RAPHAEL D. HURWITZ to Enforce an Agreement to Submit to Arbitration. RAPHAEL D. HURWITZ, Appellant; BEN BERLIN and Another, Respondents.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD PURTELL v. THE WARDEN OF THE CITY PRISON.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. .

LENCRIF REALTY CORPORATION v. THORVALD CAPPELEN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN H. KEDROVSKY, Individually, etc., v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID SLOBODIEN v. HARRY GOLDMAN and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KATHERINE JANETTE v. DANIEL REEVES, INC.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMMA L. BUSH and Another v. A. GORDON MURRAY and Others.— Motion granted and appeal discontinued, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANDREW ANDERSON v. HAY FOUNDRY AND IRON WORKS and Another.— Motion granted upon defendant Niewenhous Co., Inc., filing undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HAROLD LEWIS HERRICK for Admission to the Bar.— On reconsideration motion granted and matter referred to committee on character and fitness for rehearing. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET BISLAND, Appellant, v. ORINOCO REALTY COMPANY, INC., Defendant, Impleaded with 840 CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET BISLAND, Appellant, v. ORINOCO REALTY COMPANY, INC., Respondent, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRAHAM BROTHERS AKTIEBOLAG (a Corporation), Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. CLOUGHER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET JUIELLE, Appellant, v. DON JUIELLE, Respondent.— Judgment reversed and judgment directed to be entered in favor of plaintiff granting a decree of absolute divorce, the same being justified by the evidence. Submit